Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 333055
Phone: (754) 444-7539

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AMANDEEP PALLAN**, | Case No.: 2:24-cv-03516-WBS-JDP |
| Plaintiff, | |
| vs. | **Hon. William B. Shubb** |
| **NATIONAL CAPITAL NEGOTIATORS INC.**, | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendant. | **WITHOUT PREJUDICE** |

Plaintiff Amandeep Pallan, individually, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *without* Prejudice of the above-styled action. Defendant has not filed an answer or a motion for summary judgment in this proceeding.

1
Notice of Voluntary Dismissal

Dated: April 16, 2025

        Respectfully Submitted,

        /s/ Gerald D. Lane, Jr.
        **GERALD D. LANE, JR., ESQ.**
        California Bar No.: 352470
        E-mail: gerald@jibraellaw.com
        The Law Offices of Jibrael S. Hindi
        1515 NE 26th Street
        Wilton Manors, FL 33305
        Phone: (754) 444-7539

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 16, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
GERALD D. LANE, JR., ESQ.
California Bar No.: 352470

Notice of Voluntary Dismissal